**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

MAR 21 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LAURA MARQUEZ CRUZ, AKA Laura Valdez,<br><br>Defendant-Appellant. | Nos. 22-50122<br>22-50123<br><br>D.C. Nos. 3:19-cr-02284-LAB-1<br>3:21-cr-02883-LAB-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted March 14, 2023**

Before:     SILVERMAN, SUNG, and SANCHEZ, Circuit Judges.

In these consolidated appeals, Laura Marquez Cruz appeals from the district

court's judgments and challenges the 77-month sentence imposed following her

guilty-plea conviction for importation of heroin, in violation of 21 U.S.C. §§ 952,

960, and the 8-month consecutive sentence imposed upon revocation of probation.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Marquez Cruz contends that the aggregate 85-month sentence is substantively unreasonable because her personal circumstances, health conditions, and nonviolent criminal history weighed in favor of a lower sentence. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the applicable 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including her criminal history, need for deterrence, and breach of the court's trust. *See Gall*, 552 U.S. at 51; *United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006); *see also United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**